*In re* APPLICATION OF COUNTY COLLECTOR—(PEOPLE *ex rel.* CAL SKIN-NER, JR., COUNTY COLLECTOR, MCHENRY COUNTY, Plaintiff-Appellant, *v.* CHICAGO AND NORTHWESTERN RAILWAY COMPANY *et al.*, Objectors-Appellees.)

(No. 72-136; )

Second District—July 23, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

William J. Cowlin, State's Attorney, Caldwell, Berner & Caldwell, and Richard Cross, all of Woodstock, for appellant.

Kell & Conerty, of Woodstock, for appellee.